**Kenneth BUHMAN, Respondent,**

v.

**JOHNSON CONTROLS, Appellant,**

and

**Missouri State Treasurer, as Custodian of the Second Injury Fund, Respondent.**

**No. WD 74757.**

Missouri Court of Appeals,
Western District.

Sept. 4, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2012.

David W. Whipple, Independence, MO, for Respondent Kenneth Buhman.

Mark R. Bates, St. Louis, MO, for Appellant Johnson Controls.

Chris Koster, Attorney General, Jefferson City, MO, Maureen T. Shine, Assistant Attorney General, Kansas City, MO, for Respondent Missouri State Treasurer.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, and KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM.

Johnson Controls appeals an award granted by the Labor and Industrial Relations Commission in favor of Kenneth Buhman, wherein the Commission found that Buhman suffered a compensable injury arising out of his employment that rendered him permanently and totally disabled. We affirm. Rule 84.16(b).